MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001
arjun.rao@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Christina Chen, Bar No. 294921
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001
christina.chen@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE KAREN FRONGELLO, Individually and as Successor-in-Interest and Administrator of the Estate of JOYCE CARLA GRIER, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>S. DAVID KOZICH, An Individual; CIVIL ATTORNEYS GROUP P.C., A California Corporation a.k.a. CIVIL ATTORNEYS GROUP, LLC; EQUITY LAW GROUP, A Business of Unknown Form; EYAD YASER ABDELJAWAD, An Individual; BRIDGEPOINT LAW GROUP APC, A California Corporation; BRYCEN DEAN BRADFIELD, An Individual; SHORELINE SALES LLC, A California Limited Liability Company; BRADFIELD HOLDINGS CORP, A California Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: 8:25-cv-01259-SRM-JDE<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Joyce Karen Frongello ("Plaintiff") and defendant JPMorgan Chase Bank, N.A. ("Chase," and together with Plaintiff, the "Parties"), hereby notify the Court that they have reached an agreement in principle to resolve this matter both as to the claims asserted by Plaintiff against Chase as well as the claims asserted by Plaintiff against Chase on behalf of a putative class of similarly situated people.[1] As such, the settlement is contingent on the execution of a written settlement agreement and Court approval pursuant to Federal Rule of Civil Procedure 23(e).

The Parties are working diligently to draft and execute the settlement agreement which Plaintiff will then present to the Court for preliminary approval. The Parties anticipate executing the agreement and Plaintiff filing her motion for preliminary approval in approximately 45 days.

To date, Chase has not responded to Plaintiff's Third Amended Complaint ("TAC"). Accordingly, the Parties request that the Court set a deadline of October 20, 2025 for Plaintiff to file her motion for preliminary approval, for Chase to respond to the TAC, or for the Parties to file a further stipulation advising the Court of the need, if any, for additional time for Plaintiff to file her motion for preliminary approval.

Dated: September 4, 2025

Respectfully submitted,

LAW OFFICE OF ROBERT A. WALLER, JR.

By: */s/ Robert A. Waller, Jr.*
Robert A. Waller, Jr.

*Attorney for Plaintiff*

Joyce Karen Frongello, Individually and as Successor-in-Interest and Administrator of the Estate of JOYCE CARLA GRIER and on behalf of all others similarly situated

---

[1] This settlement involves the claims asserted against Chase only and not any other defendant.

Dated:  September 4, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Arjun Rao*
Arjun Rao
Christina Chen

*Attorneys for Defendant*

JPMORGAN CHASE BANK, N.A.

**ATTORNEY'S E-FILING ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), as the attorney e-filing this document, I hereby attest that counsel for Plaintiff, whose electronic signature appears above, has concurred in this filing.

By: */s/ Arjun Rao*